AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America ex rel. Thomas Paul Connor

V.

Luverne Hoffman, et al.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 08-1155 DWF/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Relator's Complaint if dismissed without prejudice;

2. The Court file in this matter is unsealed in its entirety.

| March 18, 2009 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/LP Holden |
| | (By)   LP Holden,   Deputy Clerk |

Form Modified: 09/16/04